# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN
# MADISON DIVISION

| | |
|---|---|
| Karl Dersch | Case No. 3:11-cv-00628-bbc |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Nelson, Hirsch & Associates, Inc. | |
| Defendant. | |

Plaintiff, by and through counsel, gives Notice that the parties in the above-captioned matter have reached a settlement.  Plaintiff anticipates being in a position to file a Notice of Dismissal with prejudice within 30 days to allow the parties to fully execute the settlement agreement.

RESPECTFULLY SUBMITTED,

Macey Bankrupcy Law, P.C.

By: s/Nicholas J. Prola
    Nicholas J. Prola
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone:  866-339-1156
    Fax: 312-822-1064
    Email:  npr@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2011, a copy of the foregoing Notice was filed electronically. Notice of this filing will was sent by placing a copy of the same in the U.S. Mail, addressed as follows:

Nelson, Hirsch & Associates, Inc.
5370 Hwy. 92
Fairburn, GA 30213

*/s/ Nicholas J. Prola*