# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN
# MADISON DIVISION

| | |
|---|---|
| Karl Dersch | Case No. 3:11-cv-00628-bbc |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Nelson, Hirsch & Associates, Inc. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey Bankrupcy Law, P.C.

By: s/Nicholas J. Prola
Nicholas J. Prola
233 S. Wacker, Suite 5150
Chicago, IL 60606
Telephone:  866-339-1156
Fax: 312-822-1064
Email:  npr@legalhelpers.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2011, a copy of the foregoing Notice was filed electronically. Notice of this filing will was sent by placing a copy of the same in the U.S. Mail on November 30, 2011, addressed as follows:

Nelson, Hirsch & Associates, Inc.
5370 Hwy. 92
Fairburn, GA 30213

*/s/ Nicholas J. Prola*